≈PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

E-FILED
Tuesday, 15 July, 2008 01:12:25 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

FILED
JUL 1 5 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ELLEN E. BROWN

Crim. No. _____93-30063-001_____

On _____May 17, 2001_____ the above named was placed on supervised release for a period of __8__ years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/ U.S Probation Officer

_____
Eric W. Fox
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15th__ day of __July__, 20 __08__.

s/ Michael M. Mihm
_____
Honorable Michael M. Mihm
United States District Judge